# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jhonny Vera, et al.
                         Plaintiff,

v.                                               Case No.: 1:23−cv−14278
                                                 Honorable Georgia N. Alexakis

HomeDeliveryLink, Inc.
                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, January 23, 2026:


    MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons set forth by plaintiffs, the Court grants their unopposed motion for preliminary approval of the class action settlement [132]. Enter Order. The Court sets the in−person final approval hearing for April 30, 2026, at 9:00 AM, in Courtroom 1719 of the United States District Court at 219 South Dearborn Street, Chicago, Illinois 60604. Plaintiffs' Motion for Final Approval is due by April 23, 2026. Mailed notice. (sxh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.